Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba COSMOPOLITAN OF LAS VEGAS; DANIEL ESPINO; ADRIANA KASUNIC,<br><br>    Defendants. | Case No.: 2:19-cv-02069-GMN-VCF<br><br>**STIPULATION AND ORDER TO STRIKE PLAINTIFF'S COMPLAINT (ECF NO. 1)** |

IT IS HEREBY STIPULATED by and between Plaintiff Mitchell Harper ("Plaintiff"), through his counsel HKM Employment Attorneys, LLP, and Defendants Nevada Property 1, LLC dba Cosmopolitan of Las Vegas, Daniel Espino and Adriana Kasunic ("Defendants"), through their counsel Jackson Lewis P.C., as follows:

1. Plaintiff, appearing in proper person, filed a Complaint on December 3, 2019 (ECF No. 1), which Defendants assert contains factual allegations with information that is confidential, scandalous, or otherwise inappropriate for public disclosure. Defendants further assert that Daniel Espino and Adriana Kasunic are not proper parties to this action.

2. Plaintiff retained counsel and, on January 2, 2020, filed an Amended Complaint (ECF No. 6), which omitted the portions of the original Complaint that Defendant asserts are inappropriate for public disclosure. The Amended Complaint did not name Daniel Espino and Adriana Kasunic as defendants. Without agreeing to Defendants' assertions regarding the content of the original Complaint, Plaintiff has agreed to strike his initially-filed Complaint (ECF No. 1).

JACKSON LEWIS P.C.
LAS VEGAS

3. The parties hereby request that Plaintiff's initially-filed Complaint (ECF No. 1) be stricken from the public docket and record.

4. The parties hereby request that the case caption be amended to reflect that Daniel Espino and Adriana Kasunic are no longer defendants, and the sole remaining defendant is Nevada Property 1, LLC dba Cosmopolitan of Las Vegas.

5. The parties agree that the Amended Complaint (ECF No. 6) shall have the same force and effect as the initially-filed Complaint (ECF No. 1) with respect to any applicable periods of limitation. Defendant Nevada Property 1, LLC dba Cosmopolitan of Las Vegas previously agreed to waive formal service and shall have up to and including February 24, 2020 to file its responsive pleading to Plaintiff's Amended Complaint (ECF No. 6).

6. Nothing in this stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 7 day of January, 2020.

| HKM EMPLOYMENT ATTORNEYS, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jenny L. Foley* <br> JENNY L. FOLEY, ESQ. <br> Nevada Bar No. 9017 <br> MARTA D. KURSHUMOVA, ESQ. <br> Nevada Bar No. 14728 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Plaintiff* | */s/ Lisa A. McClane* <br> LISA A. MCCLANE, ESQ. <br> Nevada Bar No. 10139 <br> DANIEL I. AQUINO, ESQ. <br> Nevada Bar No. 12682 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 1-8-2020