Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba COSMOPOLITAN OF LAS VEGAS,<br><br>Defendants. | Case No.: 2:19-cv-02069-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Nevada Property 1, LLC dba Cosmopolitan of Las Vegas ("Defendant") shall have up to and including Monday, March 30, 2020, in which to file its Reply in Support of Motion to Dismiss. This stipulation is submitted and based upon the following:

1. Defendant's Reply in Support of Motion to Dismiss is currently due on Monday, March 16, 2020.

2. The parties have agreed to a two-week extension for Defendant to file its Reply in Support of Its Motion to Dismiss, up to and including March 30, 2020.

3. This is the first request for an extension of time for Defendant to file a Reply in Support of it's Motion to Dismiss.

4. This request is made in good faith and not for the purpose of delay.

Dated this 12th of March, 2020.

| HKM EMPLOYMENT ATTORNEYS, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jenny L. Foley* <br> JENNY L. FOLEY, ESQ. <br> Nevada Bar No. 9017 <br> MARTA D. KURSHUMOVA, ESQ. <br> Nevada Bar No. 14728 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Plaintiff* | */s/ Daniel I. Aquino* <br> LISA A. MCCLANE, ESQ. <br> Nevada Bar No. 10139 <br> DANIEL I. AQUINO, ESQ. <br> Nevada Bar No. 12682 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to file a Reply in Support of its Motion to Dismiss is extended to and including Monday, March 30, 2020.

Dated this  16  day of March, 2020.

Gloria M. Navarro, District Judge
United States District Court

4851-2180-3191, v. 1