# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HARPER,<br><br>     Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1, LLC,<br><br>     Defendant(s). | Case No.: 2:19-cv-02069-GMN-VCF<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is a stipulation to continue the deadline to submit ENE statements. Docket No. 19. By extension, the Court assumes the parties also want to continue the ENE itself. For good cause shown, the stipulation is **GRANTED** and the ENE is **VACATED**. No later than June 23, 2020, the parties must file a stipulation with five alternative dates for the ENE on which all required participants are available. *See* Docket No. 11 at 1 n.1.

IT IS SO ORDERED.

Dated: June 16, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1