# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HARPER,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1, LLC,<br><br>    Defendant(s). | Case No.: 2:19-cv-02069-GMN-VCF<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is a stipulation to continue the ENE, Docket No. 21, which is **GRANTED**. The ENE is hereby **RESET** for 1:00 p.m. on September 10, 2020.  ENE statements must be submitted by 3:00 p.m. on September 3, 2020.

IT IS SO ORDERED.

Dated: June 25, 2020

_____
Nancy J. Koppe
United States Magistrate Judge