**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

**DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>   Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba<br>COSMOPOLITAN OF LAS VEGAS,<br><br>   Defendants. | **CASE NO.: 2:19-cv-02069-GMN-VCF**<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 9)**<br><br>**(FIRST REQUEST)** |

Plaintiff MITHCELL E. HARPER and Defendant NEVADA PROPERTY 1, LLC, by and through their counsel of record, stipulate to stay discovery pending the Court's ruling on Defendant's Motion to Dismiss (ECF No. 9), which seeks dismissal of all claims in Plaintiff's Complaint.

In assessing a request to stay discovery, the Court decides whether it is necessary to speed the parties along in discovery or whether it is appropriate to delay discovery and spare the parties the associated expense. *Tradebay, LLC v. Ebay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). To make this assessment, the Court takes a "preliminary peek" at the merits of the purportedly dispositive motion, though, importantly, this "preliminary peek" does not prejudge

the outcome of the motion, it merely evaluates whether an order staying discovery is warranted. *Id*.  The Motion to Dismiss in this instant action is the type warranting a stay of discovery as Defendant has sought to dismiss five out of the six causes of action asserted by Plaintiff. Moreover, no discovery is required to make a determination on the Motion to Dismiss and the Motion to Dismiss raises threshold legal issues (*e.g*., statute of limitations, failure to exhaust administrative remedies, and preemption).  Accordingly, requiring the parties to conduct discovery on claims that may be dismissed and may not be curable by amendment would cause an unnecessary expense on the parties and potentially log the Court's docket with unnecessary discovery disputes on these claims.  Additionally, because Defendant moved to dismiss the claims, Plaintiff has not been apprised of which factual allegations Defendant intends to admit, and which Defendant intends to deny.  Nor has Plaintiff been apprised of the defenses Defendant intends to assert.  Plaintiff believes this would limit his ability to conduct full discovery while the Motion to Dismiss is pending.  Plaintiff disputes the arguments made in Defendant's Motion to Dismiss but agrees that the motion is of the type warranting a stay of discovery.

///

///

///

///

///

///

///

///

///

///

///

1    In light of the foregoing, the parties request a stay of discovery until a decision

2  on Defendant's Motion to Dismiss is issued.  The parties further stipulate and agree to

3  submit their Proposed Discovery Plan and Scheduling Order within ten (10) calendar

4  days of a decision on Defendant's Motion to Dismiss.

5

6  Dated this 12th day of August, 2020.

7

8    **HKM EMPLOYMENT**                          **JACKSON LEWIS P.C.**
   **ATTORNEYS LLP**
9

10  */s/ Jenny L. Foley*                          By:  */s/ Lisa A. McClane*_____
   Jenny L. Foley, Ph.D., Esq.                 Lisa A. McClane NV Bar No. 10139
11  Nevada Bar No. 9017                         Daniel I. Aquino NV Bar No. 12682
   1785 East Sahara, Suite 300                 JACKSON LEWIS P.C.
12  Las Vegas, Nevada 89104                     300 S. Fourth Street, Suite 900
   Tel: (702) 805-8340                         Las Vegas, Nevada 89101
13  E-mail: jfoley@hkm.com                      Tel: (702) 921-2460
   *Attorneys for Plaintiff*                   Email: lisa.mcclane@jacksonlewis.com
14                                               Email: daniel.aquino@jacksonlewis.com
                                               *Attorneys for Defendant*
15

16
                                               **ORDER**
17
                                               IT IS SO ORDERED:
18

19                                               _____

20                                               UNITED STATES MAGISTRATE JUDGE

                                               DATED:   8-12-2020
21

22

23

24