# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HARPER, | Case No.: 2:19-cv-02069-GMN-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| NEVADA PROPERTY 1, LLC, | |
| Defendant(s). | |

An early neutral evaluation session is currently set for September 10, 2020. Docket No. 22. The Court has provided very clear guidance on the requirements for the statement submitted with respect to the ENE. Docket Nos. 11, 18. In what appears to be a pattern for counsel, Plaintiff's ENE statement violates several aspects of those orders. First, all counsel of record must appear for the ENE, Docket No. 11 at 1, which given the current state of the docket means that Jenny Foley and Bradley Sims must appear. Nonetheless, the ENE statement indicates that Jenny Foley "and/or" Dana Sniegocki will appear. Second, email addresses for each ENE participant must be provided in the statement to facilitate the video conferencing. Docket No. 18. No email address is provided for Plaintiff himself.[1]  Third, the ENE statement must include the initial settlement proposal that will be presented. Docket No. 11 at 3. No initial offer is provided by Plaintiff.

As a last and final courtesy to counsel, Plaintiff must submit an amended ENE statement that complies with the Court's orders by close of business today, September 8, 2020. Failure to

---

[1] No email address is provided for Ms. Sniegocki either.

1

submit a compliant statement may result in the imposition of sanctions and/or the vacation of the ENE session.

IT IS SO ORDERED.

Dated: September 8, 2020

_____
Nancy J. Koppe
United States Magistrate Judge