# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1, LLC,<br><br>    Defendant(s). | Case No.: 2:19-cv-02069-VCF-NJK<br><br>**Order** |

On September 10, 2020, the Court held an early neutral evaluation at which a settlement was reached and the essential terms thereof were placed on the record. Docket No. 29. The parties have now filed a joint status report indicating that "Plaintiff has told his counsel that[,] despite having agreed to resolve this matter and confirmed the key terms of the agreement on the record with the Court, he no longer wishes to settle." Docket No. 36. It is unclear whether Plaintiff's counsel has addressed with Plaintiff the binding case law addressing such a scenario. *E.g.*, *Doi v. Halekulani Corp.*, 276 F.3d 1131, 1137-38 (9th Cir. 2002).

To facilitate further discussion between Plaintiff and Plaintiff's counsel,[1] the Court EXTENDS the deadline to file dismissal papers to November 30, 2020. If dismissal papers are not filed by that time, any motion to enforce settlement must be filed by December 14, 2020.

IT IS SO ORDERED.

Dated: November 13, 2020

                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge

---

[1] The joint status report requests the setting of a status conference, presumably so that the Court can advise Plaintiff as to the law. *See* Docket No. 36 at 1. The Court declines to do so as that is the job of his attorney.

1