1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MITCHELL HARPER,            )
        Plaintiff,      ) **Case No. 2:19-cv-2069-GMN-VCF**
                            )
  vs.                      )
                            ) **ORDER TEMPORARILY**
NEVADA PROPERTY 1, LLC,     ) **UNSEALING NOTES**
        Defendant.      )

On 11-13-2020, Samantha McNett, Transcriber, received a Transcript Order form requesting a transcript of the Early Neutral Evaluation, held on 9-10-2020, from Lisa A. McClane, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Lisa A. McClane.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __19th__ day of __November__, 2020.

_____
Nancy J. Koppe
United States Magistrate Judge