**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba COSMOPOLITAN OF LAS VEGAS,<br><br>    Defendants. | **CASE NO.: 2:19-cv-02069-GMN-VCF**<br><br>**FILED UNDER SEAL UNDER COURT ORDER (ECF NO. 38)**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO ENFORCE EARLY NEUTRAL EVALUATION SETTLEMENT AGREEMENT AND REQUEST FOR EVIDENTIARY HEARING**<br><br>**(FIRST REQUEST)** |

Plaintiff MITHCELL E. HARPER and Defendant NEVADA PROPERTY 1, LLC, by and through their counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion to Enforce Early Neutral Evaluation Settlement Agreement and Request for Evidentiary Hearing.  Plaintiff was served on December 14, 2020.  Plaintiff's responsive pleading is currently due on December 28, 2020.

Page **1** of **2**

Plaintiff and Defendant have agreed to an extension of time for Plaintiff to file a response to the Motion to Enforce for the following reasons: undersigned Plaintiff's counsel's, Jenny L. Foley, young son had oral surgery the week before Christmas. Upon review of Defendant's Motion to Enforce, Ms. Foley also needed to consult with HKM Employment Attorneys LLP ethics counsel. According, Ms. Foley requested a one-week extension for Plaintiff to file a response to Defendant's Motion to Enforce, and Defendant's counsel graciously agreed to the extension.

Defendant shall, therefore, have a one (1) weeks extension from the current deadline to file a responsive pleading to Defendant's Motion to Enforce, and Plaintiff's responsive pleading shall be due on January 4, 2021.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has neem made.

Dated this 29th day of December, 2020.

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

By: */s/ Lisa A. McClane*
Lisa A. McClane NV Bar No. 10139
Daniel I. Aquino NV Bar No. 12682
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2020