Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba COSMOPOLITAN OF LAS VEGAS,<br><br>Defendants. | Case No.: 2:19-cv-02069-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF IT'S MOTION ENFORCE EARLY NEUTRAL EVALUATION SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Nevada Property 1, LLC dba Cosmopolitan of Las Vegas ("Defendant") shall have up to and including Friday, January 29, 2021, in which to file it's Reply in Support of Motion to Enforce the Confidential Memorandum of Settlement Agreement executed by the parties during the Early Neutral Evaluation Conference held on September 10, 2020 (ECF No. 29).  This stipulation is submitted and based upon the following:

1. On December 14, 2020, Defendant filed a Motion to Enforce Settlement under seal. (ECF Nos. 40, 41).

2. On December 29, 2020, a Stipulation and Order for Extension of Time for Plaintiff to File a Response to Defendant's Motion was entered.  (ECF Nos. 42, 43).  Plaintiff was provided up to and including January 4, 2021 to file its response.  *Id.*

3. On January 4, 2021, Plaintiff filed His Response to Defendant's Motion to Enforce under seal.  (ECF No. 44).

4. Defendant's Reply in Support of Motion to Dismiss was due on January 11, 2021.

5. However, Plaintiff inadvertently failed to serve a copy of its Response on Defendant until January 15, 2021.

6. Accordingly, the parties have agreed to a two-week extension for Defendant to file it's Reply in Support of Motion to Enforce the Confidential Memorandum of Settlement Agreement, up to and including January 29, 2020.

7. This is the first request for an extension of time for Defendant to file a Reply in Support of Motion to Enforce the Confidential Memorandum of Settlement Agreement.

8. This request is made in good faith and not for the purpose of delay.

Dated this 15th day of January, 2020.

| HKM EMPLOYMENT ATTORNEYS, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/   Jenny L. Foley*<br>JENNY L. FOLEY, ESQ.<br>Nevada Bar No. 9017<br>DANA SNIEGOCKI, ESQ.<br>Nevada Bar No. 11715<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Plaintiff* | */s/   Lisa A. McClane*<br>LISA A. MCCLANE, ESQ.<br>Nevada Bar No. 10139<br>DANIEL I. AQUINO, ESQ.<br>Nevada Bar No. 12682<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to file a Reply in Support of its Motion to Enforce Settlement Agreement is extended to and including Friday, January 29, 2021.

Dated this 19th day of January, 2021.

_____
United States Magistrate Judge

4812-2176-3031, v. 1