# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL E. HARPER,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1, LLC,<br><br>    Defendant(s). | Case No. 2:19-cv-02069-GMN-VCF<br><br>**Order** |

Pending before the Court is Defendant's motion to enforce settlement and for sanctions. Docket No. 41.[1] Defendant requests an evidentiary hearing in conjunction therewith. *See id.* at 1. The Court hereby **SETS** an evidentiary hearing for 9:30 a.m. on April 9, 2021. The hearing will be held in-person in Courtroom 3C. No later than March 31, 2021, the parties must jointly file an exhibit list and witness list.[2]

Defendant's motion seeks imposition of sanctions pursuant to the Court's inherent authority in an amount left to the Court's discretion. *See* Docket No. 41 at 6 n.1. The Court will afford the parties an opportunity to argue at the hearing the appropriate sanctions that should be imposed in the event the request for sanctions is granted. *Cf. Lasar v. Ford Motor Co.*, 399 F.3d 1101, 1110 (9th Cir. 2005) (notice is required for both the potential grounds for imposing sanctions and the possible types of sanctions under consideration). In particular, the parties must be prepared to argue why sanctions should not be imposed on Plaintiff in an amount up to a $5,000 Court fine

---

[1] The Court expresses no opinion herein as to the merits of the motion to enforce settlement or the request for sanctions.

[2] These lists need not include exhibits or witnesses that will be introduced solely for impeachment purposes. *Cf.* Local Rule 16-3(c).

1

and/or the costs and attorneys' fees Defendant reasonably incurred in relation to its efforts to enforce settlement.[3]

IT IS SO ORDERED.

Dated: March 11, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] The precise amount of costs and fees will be determined at a later date in the event such sanctions are awarded.