# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HARPER, | Case No. 2:19-cv-02069-GMN-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| NEVADA PROPERTY 1, LLC, | |
| Defendant(s). | |

On April 9, 2021, the Court held an evidentiary hearing. Docket No. 62. Neither party has ordered a transcript of that hearing. It is hereby **ORDERED** that a transcript of the proceedings be prepared for the Court within 14 days.

IT IS SO ORDERED.

Dated: June 16, 2021

Nancy J. Koppe
United States Magistrate Judge

1