# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MITCHELL HARPER,

        Plaintiff,

vs.

NEVADA PROPERTY 1, LLC d/b/a Cosmopolitan of Las Vegas, et al.,

        Defendants.

Case No.: 2:19-cv-02069-GMN-VCF

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe, (ECF No. 71), which recommends that Defendant Nevada Property 1, LLC's ("Defendant's") Motion to Enforce Settlement, (ECF No. 41), be **GRANTED**.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

//

1    Here, no objections were filed, and the deadline to do so, August 3, 2021, has passed.
2 (*See* Report and Recommendation, ECF No. 71).
3    Accordingly,
4    **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 71), is
5 **ACCEPTED AND ADOPTED in full**.
6    **IT IS FURTHER ORDERED** that Defendant's Motion to Enforce Settlement, (ECF
7 No. 41), is **GRANTED**.
8    **DATED** this __5__ day of August, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court